UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>STEADFAST INSURANCE COMPANY, <br><br>　　　　Defendant. | No. 2:12-cv-02182-KJM-KJN |
| AND RELATED CROSS-ACTIONS | |
| LENNAR MARE ISLAND, LLC, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>STEADFAST INSURANCE COMPANY, <br><br>　　　　Defendant. | No. 2:16-cv-00291-KJM-CKD <br><br>**RELATED CASE ORDER** |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

/////

1

substantial savings of judicial effort." Local Rule 123(a)(3).  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:16-cv-00291-KJM-CKD is reassigned from Magistrate Judge Carolyn K. Delaney to Magistrate Judge Kendall J. Newman.[1]  Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:16-cv-00291-KJM-KJN.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: February 22, 2016

_____
UNITED STATES DISTRICT JUDGE

---

[1] The undersign is presently assigned to 2:16-cv-00291 and thus a reassignment is not required.