UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC, | No. 2:16-cv-00291-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| STEADFAST INSURANCE COMPANY, | |
| Defendant. | |

On March 23, 2016, defendant Steadfast Insurance Company moved to dismiss Lennar Mare Island's (LMI's) complaint. ECF No. 8. On April 8, 2016, LMI filed a first amended complaint. ECF No. 9.

"A party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b), (e), or (f) . . . ." Fed. R. Civ. P. 15(a)(1)(B). An amended complaint supersedes the original. *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). Steadfast's motion is therefore DENIED as MOOT.

IT IS SO ORDERED.

DATED: April 26, 2016

_____
UNITED STATES DISTRICT JUDGE