QUINN EMANUEL URQUHART & SULLIVAN, LLP
Dale H. Oliver (State Bar No. 155467)
daleoliver@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

SINNOTT, PUEBLA, CAMPAGNE & CURET
William David Campagne (State Bar No. 111372)
dcampagne@spcclaw.com
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: (415) 325-6200
Facsimile: (415) 352-6224

Attorneys for Defendant Steadfast Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| LENNAR MARE ISLAND, LLC,<br><br>       Plaintiff,<br>   vs.<br><br>STEADFAST INSURANCE COMPANY,<br><br>       Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE No. 2:12-cv-02182-KLM-KJN<br><br>CASE No. 2:16-cv-00291-KJM-KJN<br><br>**ORDER GRANTING EXTENSION OF DEADLINE TO FILE JOINT STATEMENT FOR INFORMAL DISCOVERY DISPUTE CALL** |
|---|---|

The parties have scheduled an informal discovery dispute call on Monday April 10, 2017, at 3:00 P.M., to discuss issues regarding the depositions of certain Steadfast witnesses.  The parties' two page joint submission is due to the court by no later than 2:00 PM on Friday April 7, 2017.  Pursuant to the stipulation of the parties, the court hereby extends the submission deadline until 12:00 PM on Monday April 10, 2017.

Dated: April 7, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE