1 | Deborah S. Ballati (State Bar No. 067424)
dballati@fbm.com
2 | Adam C. Dawson (State Bar No. 136551)
adawson@fbm.com
3 | Karen P. Kimmey (State Bar No. 173284)
kkimmey@fbm.com
4 | Amanda D. Hairston (State Bar No. 251096)
ahairston@fbm.com
5 | Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
6 | San Francisco, California 94104
Telephone: (415) 954-4400
7 | Facsimile: (415) 954-4480

8 | Attorneys for Counterdefendant and Counterclaimant
CH2M HILL CONSTRUCTORS, INC.

9 |

10 | UNITED STATES DISTRICT COURT

11 | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

12 |

| | |
|---|---|
| 13 LENNAR MARE ISLAND, LLC, | Case No. 2:12-cv-02182-KJM-KJN |
| 14      Plaintiff, | Case No. 2:16-cv-00291-KJM-KJN |
| 15     vs. | |
| 16 STEADFAST INSURANCE COMPANY, and DOES 1 through 10, | **STIPULATION AND ORDER REGARDING THE DEPOSITIONS OF CCI'S EXPERT JEFFREY ZELIKSON AND THE UNITED STATES' EXPERT VALERIE LEE** |
| 17     Defendants. | |
| 18 | The Honorable Kimberly J. Mueller |
| 19 AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | Trial Date: October 16, 2017 |
| 20 | |

21 |

22 |      IT IS HEREBY STIPULATED and agreed by and between the UNITED STATES,

23 | LENNAR MARE ISLAND, LLC ("LMI"), CH2M HILL CONSTRUCTORS, INC. ("CCI"), and

24 | STEADFAST INSURANCE COMPANY ("STEADFAST"), and subject to approval by the

25 | Court, as follows:

26 |     1.    Whereas, CCI has designated Jeffrey Zelikson as an expert to testify at trial in this

27 | matter, and has filed and served his expert report; and

28 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Stipulation and Order Re the Depositions of CCI's
Expert Jeffrey Zelikson and the U.S.' Expert Valerie
Lee – Case No. 2:12-cv-02182-KJM-KJN

22473\5959084.2

1    2.    Whereas, Mr. Zelikson was required to undergo unplanned emergency open-heart

2    surgery on April 16, 2017; and

3    3.    Whereas, Mr. Zelikson is recuperating and is currently expected to make a full

4    recovery, but will not be sufficiently recovered to sit for his deposition by the June 12, 2017 expert

5    discovery deadline;

6    4.    Whereas, allowing Mr. Zelikson to be deposed after June 12, 2017 will not affect

7    the October 16, 2017 trial date;

8    5.    Whereas, the United States has designated Valerie Lee as an expert to testify at trial

9    in this matter, and has filed and served her expert report; and

10   6.    Whereas, Ms. Lee suffered an unexpected leg injury and is severely restricted in

11   her ability to travel;

12   7.    Whereas, Ms. Lee is recuperating and is expected to make a full recovery, but will

13   not be sufficiently recovered to sit for her deposition in San Francisco by the June 12, 2017 expert

14   discovery deadline;

15   8.    Now, therefore, subject to the approval of the Court which is requested hereby, the

16   Parties stipulate and agree that Mr. Zelikson will be deposed in San Francisco, California, during

17   the week of August 7, 2017, on a date to be mutually agreed upon by the parties; and that Ms. Lee

18   will be deposed on June 23, 2017 in San Francisco, California.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Stipulation and Proposed Order Re the Depositions of          2
CCI's Expert Jeffrey Zelikson and the U.S.' Expert
Valerie Lee – Case No. 2:12-cv-02182-KJM-KJN

22473\5959084.2

**IT IS SO STIPULATED**

Dated: May 15, 2017                    PENNINGTON LAWSON LLP


                                       By:   /s/ *Ryan L. Werner (as authorized on 5/15)*
                                           Ryan L. Werner, Esq.

                                           Attorneys for Plaintiff
                                           LENNAR MARE ISLAND, LLC


Dated: May 15, 2017                    FARELLA BRAUN + MARTEL LLP


                                       By:   /s/ *Adam C. Dawson*
                                           Adam C. Dawson, Esq.

                                           Attorneys for Counterdefendant and Counterclaimant
                                           CH2M HILL CONSTRUCTORS, INC.


Dated: May 15, 2017                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                       By:   /s/ *Dale H. Oliver (as authorized 5/15)*
                                           Dale H. Oliver, Esq.

                                           Attorneys for Defendant, Counterclaimant, and
                                           Counterdefendant
                                           STEADFAST INSURANCE COMPANY


Dated: May 15, 2017                    U.S. DEPARTMENT OF JUSTICE


                                       By:   /s/ *John T. McConkie (as authorized 5/15)*
                                           John T. McConkie, Esq.

                                           Attorneys for Plaintiff-intervenor
                                           UNITED STATES OF AMERICA

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Stipulation and Proposed Order Re the Depositions of
CCI's Expert Jeffrey Zelikson and the U.S.' Expert
Valerie Lee – Case No. 2:12-cv-02182-KJM-KJN

3

22473\5959084.2

## <u>ORDER</u>

The Court, having reviewed and considered the Parties' Stipulation Regarding the Deposition of CCI's Expert Jeffrey Zelikson and the United States' Expert Valerie Lee, and good cause appearing:

HEREBY ORDERS that the deposition of Expert Jeffrey Zelikson may proceed in San Francisco, California, during the week of August 7, 2017, on a date to be mutually agreed upon by the parties, and

FURTHER ORDERS that the deposition of Valerie Lee will occur on June 23, 2017, in San Francisco, California.

All other deadlines, including the October 16, 2017 trial date, are unchanged.

**IT IS SO ORDERED.**

DATED: June 21, 2017.

_____
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Stipulation and Proposed Order Re the Depositions of
CCI's Expert Jeffrey Zelikson and the U.S.' Expert
Valerie Lee – Case No. 2:12-cv-02182-KJM-KJN

4

22473\5959084.2