THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC, <br><br>            Plaintiff,<br>and<br><br>UNITED STATES OF AMERICA,<br><br>            Plaintiff-Intervenor<br><br>            V.<br><br>STEADFAST INSURANCE COMPANY<br><br>            Defendant. | CASE NO. 2:12-CV-02182-KJM-KJN |
| LENNAR MARE ISLAND, LLC,<br><br>            Plaintiff,<br>and<br><br>UNITED STATES OF AMERICA,<br><br>            Plaintiff-Intervenor<br><br>            V.<br><br>STEADFAST INSURANCE COMPANY<br><br>            Defendant. | CASE NO. 2:16-CV-00291-KJM-KJN<br><br>**ORDER** |
| AND ALL RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | |

1

**ORDER**

# **ORDER OF THE COURT**

For good cause shown to the satisfaction of the Court, and upon the stipulation of all parties by and through their respective counsel of record, attached hereto,

**IT IS HEREBY ORDERED THAT**:

a. This consolidated case, and all discovery, proceedings, and deadlines, is hereby stayed for a period of 60 days (in addition to the 60-day stay provided in the June 22, 2017 order). The stay specifically applies, without limitation, to the filing of dispositive motions that would otherwise have been timely absent this Stipulation. In the event the settlement is not finalized, the Court shall issue a further order regarding scheduling that permits the filing of any dispositive motion that would have been timely as of the date of this stipulation.

b. The Court shall adjourn the Status Conference initially scheduled for August 25, 2017, to October 20, 2017, at 10:00 a.m., in Judge Mueller's department to brief the Court on the finalization of the settlement; provided, however, that if the parties finalize the settlement and file appropriate dismissal papers in this Court prior to the Status Conference, the Status Conference may be removed from the calendar.

c. In the event the parties are unable to finalize the settlement, the parties shall be prepared to address at the Status Conference any necessary adjustments to the trial date and all other deadlines in the 6/28/16 Order. This shall not, however, have the impact of reopening discovery.

d. The trial date of December 18, 2017 shall be continued approximately 60 days to a date convenient to the Court on a date to be addressed and confirmed at the Status Conference.

**IT IS SO ORDERED.**

Dated: August 21, 2017.

_____
UNITED STATES DISTRICT JUDGE

2

**ORDER**

| | |
|---|---|
| LENNAR MARE ISLAND, LLC,<br><br>Plaintiff,<br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor<br><br>V.<br><br>STEADFAST INSURANCE COMPANY<br><br>Defendant. | CASE NO. 2:12-CV-02182-KJM-KJN |
| LENNAR MARE ISLAND, LLC,<br><br>Plaintiff,<br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor<br><br>V.<br><br>STEADFAST INSURANCE COMPANY<br><br>Defendant. | CASE NO. 2:16-CV-00291-KJM-KJN<br><br>**STIPULATION** |
| AND ALL RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | |

IT IS HEREBY STIPULATED and agreed by and between the UNITED STATES, LENNAR MARE ISLAND, LLC ("LMI"), CH2M HILL CONSTRUCTORS, INC. ("CCI"), and STEADFAST INSURANCE COMPANY ("STEADFAST") as follows:

1. The parties have reached a tentative settlement in this matter, subject to certain conditions and approvals. In light of the tentative settlement, the parties wish to conserve their resources and focus on finalizing the settlement, instead of continuing with litigation activities.

2. This Court's June 28, 2016 Order (ECF #30 in Case number 2:16-cv-00291-KJM-KJN; and ECF #382 in Case number 2:12-cv-2182-KJM-KJN) (the "6/28/16 Order") set formal deadlines within this consolidated case.

3. On June 22, 2017, this Court stayed the litigation for 60 days and set a status conference for August 25, 2017 (ECF #175 in Case number 2:16-cv-291-KJM-KJN; and ECF #557 in Case number 2:12-cv-2182-KJM-KJN).

4. In order to finalize a settlement, the parties, as well as multiple other government units and other non-parties to this litigation, must concurrently enter into six related agreements. The number of entities and agreements involved, along with the time constraints, have complicated this process. The parties continue to negotiate in good faith to reach a global resolution resulting in dismissal of this litigation. The parties need additional time in order to complete negotiations and receive the necessary approvals.

5. Accordingly, the parties hereby stipulate to an Order of this Court as follows:

    a. This consolidated case, including all discovery, proceedings, and deadlines, is hereby stayed for an additional 60 days. The stay specifically applies, without limitation, to the filing of dispositive motions that would otherwise have been timely absent this Stipulation. In the event the settlement is not finalized, the Court shall issue a further order regarding scheduling that permits the filing of any dispositive motion that would have been timely as of the date of this stipulation.

    b. The Court shall adjourn the Status Conference initially scheduled for

**STIPULATION**

2

August 25, 2017, for approximately 45 days, to October __, 2017 at ___ _.m., in Judge Mueller's department to brief the Court on the finalization of the settlement; provided, however, that if the parties finalize the settlement and file appropriate dismissal papers in this Court prior to the Status Conference, the Status Conference may be removed from the calendar.

    c.    In the event the parties are unable to finalize the settlement, the parties shall be prepared to address at the Status Conference any necessary adjustments to the trial date and all other deadlines in the 6/28/16 Order. This shall not, however, have the impact of reopening discovery.

    d.    The trial date of December 18, 2017 shall be continued approximately 60 days to a date convenient to the Court on a date to be addressed and confirmed at the Status Conference.

**IT IS SO STIPULATED.**

DATED: August 18, 2017                    NEWMEYER & DILLION LLP

By   /s/ Alan Packer
Alan H. Packer, Esq.
Attorney for Plaintiff
LENNAR MARE ISLAND, LLC

DATED: August 18, 2017                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ Dale Oliver
Dale H. Oliver, Esq.
Attorney for Defendant, Counterclaimant
and Counterdefendant
STEADFAST INSURANCE COMPANY

| | | |
|---|---|---|
| 1 | DATED: August 18, 2017 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By  /s/ Adam Dawson |
| 4 | | Adam Dawson, Esq. |
| | | Amanda D. Hairston, Esq. |
| 5 | | Attorneys for Counterdefendant, |
| | | Counterclaimant, and Crossdefendant |
| 6 | | CH2M HILL CONSTRUCTORS, INC. |
| 7 | | |
| 8 | DATED: August 18, 2017 | U.S. DEPARTMENT OF JUSTICE |
| 9 | | |
| 10 | | By  /s/ J. Taylor McConkie |
| | | J. Taylor Mcconkie, Esq. |
| 11 | | Mitchell Zeff, Esq. |
| | | Serajul Ali, Esq. |
| 12 | | Jonathan E. Jacobson, Esq. |
| 13 | | Attorneys for Plaintiff-intervenor |
| | | UNITED STATES OF AMERICA |